IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEITH EDWARD ASHLOCK                                              PLAINTIFF

v.                           Case No. 13-6054

BRENT A. MILLER, *et al.*                                        DEFENDANTS

## **ORDER**

Now on this 3rd day of February 2014, there comes on for consideration the report and recommendation filed herein on August 27, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Plaintiff filed a notice of change of address on September 23, 2013, and the Court directed the Clerk to resend a copy of the report and recommendation to the new address. The Court further extended Plaintiff's deadline to file objections to October 14, 2013. To date, Plaintiff has filed no objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE on the grounds that the claims are frivolous, fail to state claims on which relief can be granted, or are not presently cognizable. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) & 1915A(b)(IFP action may be dismissed on such grounds at any time). *See also, Heck v. Humphrey*, 512 U.S. 477 (1994).

**AO72A**
**(Rev. 8/82)**

```
     IT IS SO ORDERED.


                                    /s/  Robert  T.  Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge
```